GENERAL MOTORS ACCEPTANCE CORPORATION, RE-SPONDENT, v. HENRY J. SCHWARTZ, APPELLANT.

Submitted May 28, 1937—Decided September 22, 1937.

For the respondent, *Chivian & Chivian.*

For the appellant, *Harold Simandl.*

564

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance*—The Chancellor, Chief Justice, Parker, Lloyd, Case, Donges, Perskie, Hetfield, Dear, Wells, WolfsKeil, Rafferty, Cole, JJ. 13.

*For reversal*—None.